UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OLEMA URU,

    Plaintiff,

v.                                Civil Action No. 25-02524 (PLF)

MARCO RUBIO,
Secretary of the U.S. Department
of State, et al.

    Defendant.

## ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendants' Motion to Dismiss [Dkt. No. 9] is GRANTED; it is

FURTHER ORDERED that plaintiff's Emergency Motion for Temporary Restraining Order [Dkt. No. 6] is DENIED; it is

FURTHER ORDERED that plaintiff's Original Complaint for Writ of Mandamus and Declaratory and Injunctive Relief [Dkt. No. 1] is DISMISSED; and it is

FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

*Paul L. Friedman*
PAUL L. FRIEDMAN
United States District Judge

DATE: 2/25/26